THE STATE OF OHIO, APPELLEE, *v.* HARRIS, APPELLANT.

[Cite as *State v. Harris* (1996), 74 Ohio St.3d 233.]

(No. 95–1373—Submitted October 24, 1995—Decided January 10, 1996.)

*Maureen O'Connor,* Summit County Prosecuting Attorney, and *William D. Wellemeyer,* Assistant Prosecuting Attorney, for appellee.

*Stanford L. Harris, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.